# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NEW YORK CITY & VICINTY DISTRICT
COUNCIL OF CARPENTERS,

                Petitioner,                19 **CIVIL** 4287 (AT)

    -against-                        **JUDGMENT**

TALICO CONTRACTING INC.,

                Respondent.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 27, 2021, the petition to confirm the Award is granted. Petitioner's request for reasonable attorneys' fees and costs is denied. Judgment is entered against Respondent Talico Contracting Inc., in the total amount of $16,300.52, including (1) $8,613 on behalf of the named carpenters; (2) $6,987.52 in benefit contributions on behalf of the named carpenters; (3) $700 to District Council to cover Talico's half of the Arbitrator's fee, in addition to (4) pre-judgment interest at a rate of nine percent from May 22, 2018 to the date of judgment in the amount of $4,923.56; and (5) post-judgment interest at the statutory rate; accordingly, the case is closed**.**

**Dated**: New York, New York
        September 28, 2021

                                            **RUBY J. KRAJICK**

                                            _____
                                               **Clerk of Court**
                                   **BY:**
                                                 **Deputy Clerk**